



CLF Massachusetts  62 Summer Street
Boston MA 02110
P: 617.350.0990
F: 617.350.4030
www.clf.org

April 5, 2019

*Via Registered Mail Return Receipt Requested*

Longwood Venues & Destinations, Inc. and
Longwood Events, Inc.
20 Chapel St.
Brookline, MA 02446

James Apteker
*As Registered Agent for Longwood Venues
& Destinations, Inc. and
Longwood Events, Inc.*
20 Chapel St.
Brookline, MA 02446

Wychmere Harbor Real Estate, LLC
23 Snow Inn Road
Harwich Port, MA 02646

Demetrios Dasco
*As Registered Agent for Wychmere Harbor
Real Estate, LLC*
35 Fay Street Suite 107B
Boston, MA 02118

Michael Sharlet, General Manager
Wychmere Beach Club
23 Snow Inn Road
Harwich Port, MA 02646

Wychmere Shores Condominium Trust
35 Fay Street, Suite 107B
Boston, MA 02118

Jeffrey M. Feuerman
35 Fay Street, Suite 107B
Boston, MA 02118

Joseph F. McKenney
35 Fay Street, Suite 107B
Boston, MA 02118

Barry J. Goldy
35 Fay Street, Suite 107B
Boston, MA 02118

Beach Club Management, LLC
c/o Jeffrey Leerink
One Federal Street
Boston, MA 02109

Jeffrey Leerink
*As Registered Agent for Beach Club
Management, LLC*
One Federal Street
Boston, MA 02109

Harbor Club Management, LLC
60 State Street, 33rd Floor
Boston, MA 02109

James Apteker
*As Registered Agent for Harbor Club
Management, LLC*
60 State Street, 33rd Floor
Boston, MA 02109

Wychmere Holdings Corp.
23 Snow Inn Road
Harwich Port, MA 02646

Demetrios Dasco  
*As Registered Agent for Wychmere Holdings Corp.*  
35 Fay Street, Suite 107B  
Boston, MA 02118

Michael A. Bass, Esq.  
*As Registered Agent for Atlas Investment Group, LLC*  
40 Soldiers Field Place  
Boston, MA 02135-1104

Atlas Investment Group, LLC  
35 Fay Street, Unit 107B  
Boston, MA 02118

**RE: Supplemental Notice of Intent to File Suit for Violations of the Resource Conservation Recovery Act and the Clean Water Act at the Wychmere Beach Club**

To Whom It May Concern:

I write on behalf of the Conservation Law Foundation and its members ("CLF").[1]

Wychmere Harbor Real Estate, LLC, Longwood Venues & Destinations, Inc., and Wychmere Shores Condominium Trust, and its Trustees: Jeffrey M. Feuerman, Joseph F. McKenney, Barry J. Goldy, Beach Club Management, LLC, Harbor Club Management, LLC, Atlas Investment Group, LLC, and Wychmere Holdings Corp. own and/or operate the Wychmere Beach Club located at 23 Snow Inn Road in Harwich Port, MA 02646 (the "Club"[2]). Based on available information, CLF believes Wychmere Harbor Real Estate, LLC, Longwood Venues & Destinations, Inc., and Wychmere Shores Condominium Trust, and its Trustees: Jeffrey M. Feuerman, Joseph F. McKenney, Barry J. Goldy, Beach Club Management, LLC, Harbor Club Management, LLC, Atlas Investment Group, LLC, and Wychmere Holdings Corp. (hereinafter collectively, the "parties") have violated, are violating, and will continue to violate the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq*., and the Solid Waste Disposal Act, 42 U.S.C. § 6901, *et seq.* ("Resource Conservation and Recovery Act" or "RCRA") by discharging and/or disposing of pollutants from the Club into Wychmere Harbor, a water of the United States, without 1) authorization from any National Pollutant Discharge Elimination System ("NPDES") permit, and 2) in violation of RCRA's ban on "open dumping."

**This Letter supplements, and does not supersede, CLF's June 21, 2018, August 24, 2018, and February 20, 2019 Notices of Intent to File Suit for violations of the CWA.** This Letter puts all parties on notice of the additional RCRA violations described below.

I. <u>The Club</u>

The parties are discharging and/or disposing of pollutants and solid waste from an

---

[1] CLF is a 501(c)(3) nonprofit, member-supported organization dedicated to the conservation and protection of New England's environment.  
[2] The "Club" refers to the Wychmere Beach Club at 23 Snow Inn Road in Harwich Port, MA 02646, on the shore of the Wychmere Harbor Channel, including all parcels of land and properties associated with the operations at that location.

2

approximately 180-foot long and 90-feet wide "Leach Field" (also known as "Leach Pits") into Wychmere Harbor without a NPDES permit. The Leach Field is a part of the Sewage Disposal System or Wastewater Treatment Facility (the "System") that is made up of large trenches, containing perforated pipes and gravel covered by a layer of soil. Sewage from the Club and its System is conveyed to the Leach Field, which then conveys the sewage, and the pollutants in it, through groundwater to Wychmere Harbor. The Leach Field has the capacity to discharge more than 80,000 gallons per day of sewage into the sandy soils and shallow groundwater below. The Leach Field is located within the watershed for Wychmere Harbor, approximately 180 feet from the Harbor's shore, and less than 160 feet from the channel that connects the Harbor to Nantucket Sound.

The Leach Field is hydrologically connected, via groundwater, to Wychmere Harbor. Pollutants discharged from the Leach Field through the ground are discharged directly to Wychmere Harbor via these hydrologic connections. Groundwater flow beneath and surrounding the Leach Field is towards the Wychmere Harbor and Harbor Channel, and the geologic material the groundwater flows through is either sandy, glacial outwash or dune deposits. According to the results of groundwater flow modeling conducted by the USGS, groundwater elevations beneath the Leaching Field are less than 10 feet above sea level, and all groundwater beneath the Leaching Field will reach surface water in 200 days (or in less than 7 months). In addition, elevations are highest – approximately 20 feet above sea level – northwest of the Leaching Field, and slope gradually downwards to the east and south.

## I.   Clean Water Act Violations

A NPDES permit for this discharge to Wychmere Harbor is required under Section 402 of the CWA, 33 U.S.C. § 1342, because the Leach Field is a "point source" (as defined in 33 U.S.C. §1362(14)) that is adding pollutants to a navigable waterway. The discharge from the Leach Field contains (i) sewage; (ii) contaminated groundwater; and (iii) nitrogen from sanitary waste. According to the Cape Cod Commission and the Massachusetts Department of Environmental Protection, Wychmere Harbor exceeds its critical threshold for nitrogen, resulting in impaired water quality.

The above-described pollutant discharges to the Harbor are continuous and ongoing. The Leach Field has discharged pollutants to the Harbor without NPDES permit authorization on each day of the five years preceding the date of this notice—as well as the previously received June 21, 2018, August 24, 2018, and February 20, 2019 Notices—and will continue to do so each day in the future. Each of these unauthorized discharges constitutes a violation of the CWA.

## II.   Resource Conservation and Recovery Act Violations

### A.   *Unlawful Practice and Disposal of Solid Waste*

RCRA prohibits "any solid waste management practice or disposal of solid waste which constitutes the open dumping of solid waste." 42 U.S.C. § 6945(a). The term "open dump" is defined as "any facility or site where solid waste is disposed of which is not a sanitary landfill which meets the criteria promulgated under section 6944 of this title and which is not a facility for

disposal of hazardous waste." *Id.* § 6903(14). "[D]isposal" is defined as "the discharge, deposit, injection, dumping, spilling, leaking, or placing of any solid waste or hazardous waste into or on any land or water so that such solid waste or hazardous waste or any constituent thereof may enter the environment or be emitted into the air or discharged into any waters, including ground waters." *Id.* § 6903(3).

Solid waste is disposed of by and through the Leach Field into the groundwater, and enters Wychmere Harbor. The disposal of solid waste from the Leach Field contains (i) sewage; (ii) contaminated groundwater; and (iii) nitrogen from sanitary waste. This practice and disposal of solid waste contaminates the groundwater and is in violation of RCRA's ban on "open dumping."

### B. *Imminent and Substantial Endangerment to Health and the Environment*

Further, the parties contribute to the disposal of solid waste which may present an imminent and substantial endangerment to health and the environment in violation of RCRA. Section 7002(a)(1)(B) of RCRA provides, in relevant part:

> [A]ny person may commence a civil action on his own behalf . . . against any person, including . . . any past or present generator, past or present transporter, or past or present owner or operator of a treatment, storage, or disposal facility, who has contributed or who is contributing to the past or present handling, storage, treatment, transportation, or disposal of any solid or hazardous waste which may present an imminent and substantial endangerment to health or the environment . . . to restrain any [such] person . . . to order such person to take such other action as may be necessary, or both.

The parties' (i) sewage; (ii) contaminated groundwater; and (iii) nitrogen from sanitary waste are solid wastes that are "discharg[ed], deposit[ed], dump[ed], spill[ed], leak[ed] or plac[ed]" by and through the Leach Field into the groundwater, and enter Wychmere Harbor. 42 U.S.C. § 6903(3). As the parties responsible for the System, and as the owner and operator of the Club, the parties' "ha[ve] contributed to" and "[are] contributing to the past or present handling, storage, treatment, transportation, or disposal of any solid or hazardous waste" under RCRA. 42 U.S.C. § 6972(a)(1)(B).

### C. *Summary of RCRA Violations*

The parties' violations of RCRA are ongoing and continuous. The Leach Field (and System) disposed of solid waste to the ground, groundwater and surface waters in violation of 42 U.S.C. § 6945(a) on each day of the five years preceding the date of this notice and will continue to do so each day in the future. The disposal of solid waste on each and every one of these days constitutes a violation of RCRA's prohibitions on "open dumping" and poses an imminent and substantial endangerment to health and the environment.

### III. <u>Conclusion</u>

Additional information, including information in the parties' possession, may reveal further

details about the CWA and RCRA violations described above. This letter covers all such violations. This letter is being provided pursuant to Section 505(b) of the CWA, 33 U.S.C. § 1365(b) and Section 7002 of the Resource Conservation and Recovery Act, 42 U.S.C. § 6972(b).

CLF would welcome the opportunity to discuss this matter with you. If you are interested in discussing the matter, or if you believe any of the above information is incorrect, if you take steps to permanently correct the CWA and RCRA violations, if you believe you are currently in compliance with the CWA and RCRA, or if you have any questions concerning this notice, please contact me as soon as possible at (802) 223-5992 or at the address listed below. If you would like to meet in person to discuss this matter, I am available to meet at a mutually agreeable time and place.

Sincerely,

Heather A. Govern, Esq.
Conservation Law Foundation
62 Summer Street
Boston, MA 02210
(617) 850-1765

Additional Legal Counsel Sending This Letter

Christopher M. Kilian, Esq.
Conservation Law Foundation
15 East State St., Suite 4
Montpelier, Vermont 05602
(802) 223-5992

cc: By certified mail – return receipt requested

Andrew Wheeler, Administrator
Environmental Protection Agency
Office of the Administrator, 1101A
1200 Pennsylvania Ave, NW
Washington, DC 20460

Deborah Szaro, Acting Regional Administrator
Environmental Protection Agency, Region 1
5 Post Office Square, Suite 100
Boston, MA 02109-3912

Commissioner Martin Suuberg
Massachusetts Department of Environmental Protection
One Winter Street, 2nd Floor
Boston, MA 02108

Douglas Fine, Assistant Commissioner, Bureau of Water Resources
Massachusetts Department of Environmental Protection
One Winter Street, 2nd Floor
Boston, MA 02108

Nancy Seidman, Assistant Commissioner, Bureau of Air & Waste Massachusetts
Department of Environmental Protection
One Winter Street, 2nd Floor
Boston, MA 02108

Millie Garcia-Serrano, Regional Director, Southeast Region
MassDEP, Southeast Regional Office
20 Riverside Drive
Lakeville, MA 02347