UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc.,<br><br>Plaintiff,<br>v.<br><br>Longwood Venues & Destinations, Inc.,Wychmere Harbor Real Estate, LLC, Wychmere Shores Condominium Trust, Jeffrey M. Feuerman, Joseph F. McKenney, Barry J. Goldy, Beach Club Management, LLC, Harbor Club Management, LLC, Atlas Investment Group, LLC, and Wychmere Holdings Corp.,<br>Defendants. | Case No. 1:19-cv-11672-WGY<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Conservation Law Foundation, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed against all defendants, Longwood Venues & Destinations, Inc., Wychmere Harbor Real Estate, LLC, Wychmere Shores Condominium Trust, Jeffrey M. Feuerman, Joseph F. McKenney, Barry J. Goldy, Beach Club Management, LLC, Harbor Club Management, LLC, Atlas Investment Group, LLC, and Wychmere Holdings Corp.

Dated: April 2, 2021

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,

By its attorney:

*/s/ Ian D. Coghill*
Heather A. Govern, Esq., BBO# 688482
Ian D. Coghill, Esq., BBO# 685754
Conservation Law Foundation
62 Summer St.
Boston, MA 02110

(617) 850-1765
(617) 850-1739
hgovern@clf.org
icoghill@clf.org

Christopher M. Kilian, Esq.
Admitted Pro Hac Vice
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
(802) 223-5992 x4015
ckilian@clf.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, the foregoing Notice of Appearance was filed through the Court's electronic filing system ("ECF"), by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

/s/ Ian D. Coghill
Ian D. Coghill
BBO# 685754
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1739
icoghill@clf.org